AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Virginia

HARTFORD CASUALTY INSURANCE
COMPANY

V.

PEANUT CORPORATION OF AMERICA

**COPY — DO NOT EXECUTE**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 6:09-CV-9

TO: (Name and address of Defendant)

Peanut Corporation of America
Serve: CT Corporation System, Registered Agent
1201 Peachtree Street, NE
Suite 1240
Atlanta, GA 30361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan M. Hogan, Esquire
Kramon & Graham
One South Street, Suite 2600
Baltimore, MD 21202-3201

Mark J. Peake, Esquire
Caskie & Frost
P. O. Box 6320
Lynchburg, VA 24505

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _John F. Corcoran_  DATE _February 6, 2009_

(By) DEPUTY CLERK _Tany Coleman_

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Virginia

HARTFORD CASUALTY INSURANCE COMPANY

V.

PEANUT CORPORATION OF AMERICA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 6:09-CV-9

**COPY DO NOT EXECUTE**

TO: (Name and address of Defendant)

Peanut Corporation of America
Serve: Stewart G. Parnell, CEO
2121 Wiggington Road
Lynchburg, VA 24502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan M. Hogan, Esquire
Kramon & Graham
One South Street, Suite 2600
Baltimore, MD 21202-3201

Mark J. Peake, Esquire
Caskie & Frost
P. O. Box 6320
Lynchburg, VA 24505

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature]

(By) DEPUTY CLERK: Fay Coleman

DATE: February 6, 2009

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.