# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Hartford Casualty Insurance Company
Plaintiff(s)

Civil Action No.: 6:09-cv-9

v.

Peanut Corporation of America
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

Hartford Casualty Insurance Company who is Plaintiff
(Name of party you represent)          (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ YES    ☒ NO

2. Does the party have any parent corporations?
   ☒ YES    ☐ NO

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:
   Hartford Casualty Insurance Company is a wholly-owned subsidiary of Hartford Accident and Indemnity Company, a wholly-owned subsidiary of Hartford Fire Insurance Company, a wholly-owned subsidiary of The Hartford Financial Services Group, Inc.

3. Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ YES    ☐ NO

   If yes, identify all such owners:
   The Hartford Financial Services Group, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ YES    ☒ NO

   If yes, identify entity and nature of interest:

5. Is the party a trade association?
   ☐ YES    ☒ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

_____        2/10/09
(Signature)                    (Date)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Hartford Fire Insurance Company
_____
Plaintiff(s)

Civil Action No.: 6:09-cv-9

V.

Peanut Corporation of America
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

Hartford Fire Insurance Company     who is   Plaintiff
(Name of party you represent)                (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ YES     ☒ NO

2. Does the party have any parent corporations?
   ☒ YES     ☐ NO

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:
   Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc.

3. Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ YES     ☐ NO

   If yes, identify all such owners:
   The Hartford Financial Services Group, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ YES     ☒ NO

   If yes, identify entity and nature of interest:

5. Is the party a trade association?
   ☐ YES     ☒ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

_____        2/10/09
(Signature)                      (Date)