```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF VIRGINIA
                     LYNCHBURG DIVISION
```

HARTFORD CASUALTY INSURANCE
COMPANY,

                Plaintiff

v.                      Civil Action Number:  6:09cv9

PEANUT CORPORATION OF AMERICA,

                Defendant

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF SUSAN M. HOGAN, ESQUIRE

    I, Mark J. Peake, Esquire, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding, hereby move the Court for the admission of Susan M. Hogan, Esquire, *pro hac vice*, to this Court as counsel for the plaintiff for the purposes of litigating the above captioned case and in support thereof state as follows:

    1.  The case in which I seek admission of Susan M. Hogan, Esquire, to appear *pro hac vice* is styled Hartford Casualty Insurance Company v. Peanut Corporation of America, docket number 6:09-cv-9, and is pending in the Western District Court of Virginia.

    This case is not a related or consolidated matter for which Susan M. Hogan, Esquire has previously applied to appear *pro hac*

*vice*.

2. Residence address of Susan M. Hogan, Esquire: 106 Hawthorne Road, Baltimore, Maryland 21210.

Office address of Susan M. Hogan, Esquire: Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, Maryland 21202-3201.

Telephone number, fax number and e-mail address for Susan M. Hogan, Esquire:

```
Telephone: (410)752-6030
Facsimile: (410)539-1269
E-mail:    shogan@kg-law.com
```

3. Name, address, telephone number, fax number and e-mail address of local counsel:

```
Mark J. Peake, Esquire, VSB No. 29588
Caskie & Frost
2306 Atherholt Road
Lynchburg, Virginia  24501
Telephone: (434)846-2731
Facsimile: (434)845-1191
E-mail:    mpeake@caskiefrost.com
```

4. Name of Party to Case: Hartford Casualty Insurance Company.

Name and Address of Counsel for Party:

```
Mark J. Peake, Esquire, VSB No. 29588
Caskie & Frost
2306 Atherholt Road
Lynchburg, Virginia  24501
```

5. Name of Party to Case: Peanut Corporation of America

Name and Address of Counsel for Party: None at this time.

6. <u>Courts to Which Susan M. Hogan, Esquire, is Admitted and Dates of Admission</u>:

| | |
|---|---|
| Court of Appeals of Maryland | January 10, 2005 |
| United States District Court For the District of Maryland | September 22, 2006 |
| Central District of California | May 11, 1990 |
| Northern District of California | April 16, 2007 |
| Supreme Court of California | December 11, 1987 |

7. Susan M. Hogan, Esquire, is an attorney in good standing and authorized to appear in the Courts identified in paragraph 6.

8. Susan M. Hogan, Esquire, is not currently disbarred or suspended in any state, territory, United States possession or tribunal.

9. Susan M. Hogan, Esquire, is not subject to any pending disciplinary proceeding by any court, agency or organization authorized to discipline her as a lawyer.

10. Within the last three years, Susan M. Hogan, Esquire, has not been disciplined by any court, agency or organization authorized to discipline her as a lawyer.

11. During the last twelve (12) months, Susan M. Hogan, Esquire, has not sought admission *pro hac vice* under this Rule.

12. Susan M. Hogan, Esquire, consents to the jurisdiction of the courts and agencies of the Commonwealth of Virginia and the Virginia State Bar, and she further consents to service of process at any address(es) required by this Rule.

13. Susan M. Hogan, Esquire, agrees to review and comply with the appropriate rules of procedure as required in the case for which she is applying to appear *pro hac vice*.

14. Susan M. Hogan, Esquire, understands and agrees to comply with the rules and standards of professional conduct required of members of the Virginia State Bar.

15. A draft Order is attached hereto and incorporated herein by reference.

WHEREFORE, based upon Susan M. Hogan's experience and credentials outlined above, it is requested that this Court grant this motion and admit Susan M. Hogan to assist as plaintiff's counsel in this case in association with the undersigned and his firm.

Respectfully submitted,

_/s/ Mark J. Peake_____
Mark J. Peake, Esquire  VSB#2958
Caskie & Frost
2306 Atherholt Road
Lynchburg, Virginia  24501
Telephone:  (434)846-2731
Facsimile:  (434)845-1191
E-mail:  mpeake@caskiefrost.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

HARTFORD CASUALTY INSURANCE
COMPANY,

               Plaintiff

v.                        Civil Action Number: 6:09cv9

PEANUT CORPORATION OF AMERICA,

               Defendant

### **ORDER GRANTING *PRO HAC VICE* ADMISSION**

This \_\_\_\_ day of February, 2009, came the plaintiff, by counsel, upon consideration of the plaintiff's Motion for the *Pro Hac Vice* Admission of Susan M. Hogan, Esquire, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Susan M. Hogan, Esquire, is admitted for the conduct of the above captioned action.

                                         _____
                                         Judge