CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

**FEB 1 7 2009**

JOHN F. CORCORAN, CLERK
BY: _____, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

HARTFORD CASUALTY INSURANCE
COMPANY,

                    Plaintiff

v.                              Civil Action Number:  6:09cv9

PEANUT CORPORATION OF AMERICA,

                    Defendant

### ORDER GRANTING *PRO HAC VICE* ADMISSION

This _17th_ day of February, 2009, came the plaintiff, by

counsel, upon consideration of the plaintiff's Motion for the

*Pro Hac Vice* Admission of Lee H. Ogburn, Esquire, it is hereby

    ORDERED and DECREED that said Motion is GRANTED and that

Lee H. Ogburn, Esquire, is admitted for the conduct of the above

captioned action.

_____
Judge

Dockets.Justia.com