CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
FEB 1 7 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

HARTFORD CASUALTY INSURANCE
COMPANY,

          Plaintiff

v.                                   Civil Action Number:  6:09cv9

PEANUT CORPORATION OF AMERICA,

          Defendant

## ORDER GRANTING *PRO HAC VICE* ADMISSION

This 17th day of February, 2009, came the plaintiff, by counsel, upon consideration of the plaintiff's Motion for the *Pro Hac Vice* Admission of Susan M. Hogan, Esquire, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Susan M. Hogan, Esquire, is admitted for the conduct of the above captioned action.

                              /s/
                              Judge