```
                        United States District Court
                              Office of the Clerk
                          Western District of Virginia
                          1101 Court Street, Suite A66
                            Lynchburg, Virginia  24504
```

May 19, 2009

HARTFORD CASUALTY INSURANCE
COMPANY,                            )
        Plaintiff,                  )
                                    )
vs.                                 )         Civil Action No. 6:09CV00009
                                    )
PEANUT CORPORATION OF AMERICA       )
        Defendant.                  )

**TO: HARTFORD CASUALTY INSURANCE CO.**

### NOTICE

Rule 4(m) of the Federal Rules of Civil Procedure states that "If a service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.  This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1)."

Pursuant to that rule, you are hereby given notice that the Court's record reflects that your complaint was filed on **February 3, 2009**, and as of this date service has not been executed on the defendant.

You have until **June 8, 2009**, to notify the Clerk of this Court that service has been accomplished on said defendant.  Otherwise, said defendant will be dismissed without prejudice by order of this Court.

JOHN F. CORCORAN, CLERK<br>
By: <i>Judy C. Faraker</i><br>
Deputy Clerk